1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
   Facsimile:  (16) 554-2900
5
   Attorney for Plaintiff
6  United States of America

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           ) Case No. 2:16-cr-0048 KJM
                                       )
11        Plaintiff,                   )
                                       )
12    v.                               ) ORDER TO SEAL
                                       )
13 DENNIS BOYLE,                       ) (UNDER SEAL)
                                       )
14        Defendant.                   )
                                       )
15                                     )
                                       )
16

17      The Court hereby orders that the Indictment, the Petition of Special Assistant United States

18 Attorney Josh F. Sigal to Seal Indictment, and this Order, in the above-referenced case, shall be sealed

19 until the arrest of the defendant or until further order of the Court.

20
   Dated: 3-3-2016
21                                              EDMUND F. BRENNAN
                                                United States Magistrate Judge
22

23

24

25

26

27

28

Order to Seal Indictment

---

**FILED**

MAR 0 3 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK