UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 31, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS BOYLE, <br><br> Defendant. | Case No. 2:16-cr-00048-KJM <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DENNIS BOYLE ,

Case No.  2:16-cr-00048-KJM  from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $  50,000, cosigned by wife

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

  X     (Other): Pretrial Services conditions. Release delayed until 4/1/2016 at 9:00 A.M. to Pretrial Services.

Issued at Sacramento, California on March 31, 2016 at  2:35 pm

By: _(signed)_

Magistrate Judge Carolyn K. Delaney