DANIEL L. OLSEN, #261645
Abrate and Olsen Law Group
655 University Ave, Suite 230
Sacramento, California 95825
Telephone: (916) 550-2688
Attorney for Dennis Boyle

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DENNIS BOYLE,<br><br>        Defendant. | Case No.: 16-cr-0048-KJM<br><br>STIPULATION REGARDING TEMPORARY PERMISSION TO LEAVE HIS RESIDENCE<br><br>DATE: December 13, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Deborah Barnes |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES**

1. Mr. Boyle is currently on pre-trial release under the supervision of Pretrial Services with an unsecured $50,000 bond.

2. One of the conditions of his release is that he not leave his residence, unless for work or court, without a court order.

3. Since his release in January of 2016, Mr. Boyle has been in compliance with all of his conditions of release.

4. On December 25, 2016, Mr. Boyle would like to spend the day with his wife and his in-laws at her residence from 7:00am until 8:00pm cook and spend time with his family.

5. Mrs. Boyle's address is 238 Winding Canyon Lane, Folsom, CA 95630.

- 1 -

6. Pretrial Services has confirmed the itinerary and that there will be no children or computer/internet access for the defendant during his allowed time at his wife's home in Folsom, California.

7. Pretrial services does not have an objection to this request.

8. The Government does not have an objection to this request.

9. By this stipulation, defendant now moves for an order allowing him to be at his wife's house in Folsom, California on December 25, 2016 from 7:00am until 8:00pm.

**IT IS SO STIPULATED.**

DATED: December 13, 2016                By:   /s/ Daniel L. Olsen
                                        DANIEL L. OLSEN
                                        Attorney for Dennis Boyle

DATED: December 13, 2016                PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        By:   /s/ Daniel L. Olsen for
                                        Josh Sigal
                                        Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  December 14, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

- 2 -