DANIEL L. OLSEN, #261645
Abrate and Olsen Law Group
655 University Ave, Suite 230
Sacramento, California 95825
Telephone: (916) 550-2688
Attorney for Dennis Boyle

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DENNIS BOYLE,<br><br>　　　　　Defendant. | Case No.: 16-cr-0048-KJM<br><br>STIPULATION REGARDING TEMPORARY REMOVAL OF ANKLE TRANSMITTER FOR A MEDICAL PROCEDURE<br><br>DATE: December 13, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Deborah Barnes |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES**

1. Mr. Boyle is currently on pre-trial release under the supervision of Pretrial Services with an unsecured $50,000 bond.
2. One of the conditions of his release is that he wear a GPS monitor on his ankle at all times.
3. Since his release in January of 2016, Mr. Boyle has been in compliance with all of his conditions of release.
4. On December 16, 2016, Mr. Boyle is scheduled to have surgery to repair a hernia.
5. One of the doctor's conditions for the surgery is that Mr. Boyle is not to wear his ankle monitor or anything else for that matter.
6. Pretrial Services has confirmed the defendant is scheduled for surgery on December 16, 2016, and the defendant will be reporting to the Pretrial Services office the

- 1 -

morning of the surgery to have the ankle transmitter removed and he will be returning that same date to the Pretrial Services office by 4:00pm to have the ankle transmitter put back on. It should be noted that during the surgery the defendant will not be monitored.

7. Pretrial services does not have an objection to this request.
8. The Government does not have an objection to this request.
9. By this stipulation, defendant now moves for an order to have his ankle transmitter removed on the morning of December 16, 2016 and placed back on by 4:00pm on December 16, 2016.

**IT IS SO STIPULATED.**

DATED: December 13, 2016                    By:   /s/ Daniel L. Olsen
                                                  DANIEL L. OLSEN
                                                  Attorney for Dennis Boyle


DATED: December 13, 2016                    PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            By:   /s/ Daniel L. Olsen for
                                                  Josh Sigal
                                                  Assistant United States Attorney

**IT IS SO ORDERED.**
Dated:  December 14, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

- 2 -