HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
DENNIS BOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No:  2:16-CR-0048-KJM |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | **SEALING ORDER** |
| | ) | |
| DENNIS BOYLE, | ) | |
| | ) | |
| *Defendant-Movant.* | ) | JUDGE:  Hon. Kimberly J. Mueller |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that the Request to Seal Exhibit 1 to Defendant-Movant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that medical information is not available on the public docket.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: August 20, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Sealing Order