IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DENNIS BOYLE,<br><br>      Defendant. | CASE NO. 2:16-CR-00048-KJM<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

  In accordance with Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit's 2 & 3 to Government's Opposition to Defendant's Second Motion for Compassionate Release pertaining to defendant Dennis Boyle, and the Government's Request to Seal shall be SEALED until further order of this Court.

  It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

  The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Government's Request, sealing the Governments's Request and Exhibit's 2 & 3 serves a compelling

interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Government's Request and Exhibit's 2 & 3 that would adequately protect the compelling interests identified by the government.

DATED: March 9, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE